UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MALCOLM JEMMOTT )
 )
               Plaintiff(s) )
 )
vs. )
DETECTIVE ERIC VANALLEN )
DETECTIVE SHUMER )
LIEUTENANT JOHN TREMPER )
KINGSTON POLICE   Defendant(s) )
DEPT )

INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Civil Case No.: 9: 13-CU-1020

**FILED** AUG 21 2013 — U.S. DISTRICT COURT — Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.    This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.    Plaintiff: MALCOLM JEMMOTT

    Address: EASTERN CORR FACILITY BOX 338 NAPANOCH NEW YORK 12458-0338

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: ERIC VANALLEN

    Official Position: DETECTIVE

    Address: 1 GARRAGHAN DR KINGSTON NEW YORK 12401

Form E (2) (a) . 1

b. Defendant: **SHUMER**
Official Position: **DETECTIVE**

Address: **1 GARRAGHAN DR KINGSTON NEW YORK 12401**

c. Defendant: **John TREMPER**
Official Position: **Lieutenant**

Address: **1 GARRAGHAN DR KINGSTON NEW YORK 12401**

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

   a. Is there a prisoner grievance procedure at this facility?
   (✓) Yes      ( ) No

   b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?
   ( ) Yes      ( ) No

   If your answer to 4(b) is YES:

   (i) What steps did you take?
   **I filed a complaint with internal affairs FBI and Attorney General**

   (ii) What was the final result of your grievance?
   **They both said That They were overwhelmed with complaints, As soon As they can They will look into it, My complaint**

Form E (2) (a) . 2

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

(✓) Yes        ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?

When I got to the Ulster county Jail I told the medical staff. I also requested to go to outside hospital

(ii) What was the final result regarding your complaint?

I was told that I would have to wait to see the facility doctor

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

_____

_____

5. **PREVIOUS LAWSUITS**

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

(✓) Yes        (✓) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

    i.    Parties to previous lawsuit:

Plaintiffs: Malcolm Jemmott

Defendants: Ulster County Jail, Ulster County Medical Dept

    ii.    Court (if federal court, name District; if state court, name County: Ulster County

    iii.    Docket number:

    iv.    Name of Judge to whom case was assigned:

    v.    Disposition (dismissed? on appeal? still pending?) Still Pending

    vi.    Approximate date of filing prior lawsuit: 2/11

    vii.    Approximate date of disposition: Still Pending

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)**

I was assaulted by Det Van Allen in holding cells. I was also punched and throne down in holding. Then I was assaulted by both detectives in the interagation room with roled up phone books. I was hit about the head and neck area numerous times. That caused internal bleeding of my head and brain. They used excessive force that was unprovoked.

Form E (2) (a) . 4

Lieutenant John Tremper heard me screaming in the holding cells while his detective assaulted me and he did nothing to stop the assault.

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

On 9/17/10 I was assaulted by Detective Van Allen while I was in holding cells. I was punched in face and pushed down. Lieutenant John Tremper heard me screaming, and did nothing to stop the assault of his detective.

**SECOND CAUSE OF ACTION**

I was handcuffed in interrogation room, and assaulted by detective Van Allen, and Detective Shumer by being hit about the head and neck area with phone books numerous times, where I sustained head injuries. The act of violence was excessive use of unecessary force. Also on 9/17/10

**THIRD CAUSE OF ACTION**

Form E (2) (a) . 5

8. Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

9. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I Pray That I be monataRally compnsated FoR The treacherous Act of violence, I substained From The KingsToN Police Dept. They Demonstrated Excessive Force That has changed My life FOREVER

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/13/13

*Malcolm Jemmott*
Signature of Plaintiff(s)
(all Plaintiffs must sign)