UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*********************************

MALCOLM JEMMOTT,

                Plaintiff,

-against-

ERIC VAN ALLEN and EDWARD A. SHUMAN, JR.,

                Defendants.
*********************************

Case no.: 9:13-cv-1020
(FJS/TWD)

**STIPULATION DISCONTINUING ACTION**

***IT IS HEREBY STIPULATED AND AGREED*** by and between the parties of this action, by their counsel, that the plaintiff's complaint is hereby dismissed in its entirety with prejudice and without cost to either party.

Dated: ~~August~~ December 8, 2015

_____
LAUREN S. OWENS, ESQ.
DREYER BOYAJIAN, LLP.
ATTORNEYS FOR PLAINTIFF
75 COLUMBIA STREET
ALBANY, NEW YORK 12210

_____
ERIC M. KURTZ, ESQ. #103869
COOK, NETTER, CLOONAN, KURTZ
& MURPHY, P.C.
ATTORNEYS FOR DEFENDANTS
85 MAIN STREET, PO BOX 3939
KINGSTON, NEW YORK 12402
(845) 331-0702

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: December 11, 2015
       Syracuse, NY