UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, __LAUREN S. OWENS__, duly appointed as counsel pro bono to represent __MALCOLM JEMMOTT__ in the matter of __MALCOLM JEMMOTT__ v. __ERIC VanALLEN, Detective and EDWARD A. SHUMAN, JR., Detective__ Civil Action No. __9:1 3__-CV-__1 0 2 0__, hereby request reimbursement pursuant to Local Rule 83.3 for expenses incurred in the representation of my pro bono client in the amount of $ __587.82__.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable and necessary. I further understand that absent prior approval of the court, cumulative expenses in this matter will not exceed $2,000.00.

Dated: __January 11, 2016__.

Counsel Pro Bono (Signature): _/s/ Lauren Owens_

The above application of counsel pro bono is fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund.

Dated:_____.

Presiding Judge (Signature):_____

**IT IS SO ORDERED.**

Dated:_____.

_____
Chief U.S. District Judge

| JEMMOTT, MALCOLM | JEMMMA - 15073 | PREBILL 47645 | Page 2 |
|---|---|---|---|

**Timekeeper Summary**

| Name | Hours | Amount |
|---|---|---|

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 4/21/15 | FILE STORAGE | 25.00 |
| 4/30/15 | POSTAGE | 0.48 |
| 6/11/15 | POSTAGE | 0.48 |
| 6/15/15 | POSTAGE | 5.75 |
| 6/15/15 | PHOTOCOPY/REPRODUCTION | 41.00 |
| 6/17/15 | PHOTOCOPY/REPRODUCTION | 27.50 |
| 6/18/15 | POSTAGE | 2.45 |
| 6/23/15 | POSTAGE | 1.46 |
| 6/30/15 | LEXIS/NEXIS ONLINE RESEARCH | 180.18 |
| 7/2/15 | POSTAGE | 0.96 |
| 7/16/15 | TRAVEL ASSOCIATES | 287.95 |
|  | OWENSL, Lauren Owens Invoice # JEMMMA-15073 |  |
| 7/23/15 | POSTAGE | 0.49 |
| 8/14/15 | PHOTOCOPY/REPRODUCTION | 1.50 |
| 8/14/15 | PHOTOCOPY/REPRODUCTION | 1.50 |
| 8/21/15 | POSTAGE | 0.49 |
| 8/26/15 | POSTAGE | 0.49 |
| 9/1/15 | POSTAGE | 0.49 |
| 9/11/15 | PHOTOCOPY/REPRODUCTION | 1.00 |
| 10/8/15 | POSTAGE | 0.98 |
| 10/23/15 | PHOTOCOPY/REPRODUCTION | 1.00 |
| 10/29/15 | POSTAGE | 0.98 |
| 11/2/15 | PHOTOCOPY/REPRODUCTION | 0.75 |
| 11/3/15 | POSTAGE | 0.49 |
| 11/10/15 | POSTAGE | 0.49 |
| 11/13/15 | POSTAGE | 0.49 |
| 11/20/15 | POSTAGE | 0.49 |
| 11/20/15 | PHOTOCOPY/REPRODUCTION | 0.75 |
| 12/4/15 | PHOTOCOPY/REPRODUCTION | 0.75 |
| 12/15/15 | POSTAGE | 0.49 |
| 12/23/15 | POSTAGE | 0.49 |
| 1/5/16 | PHOTOCOPY/REPRODUCTION | 0.50 |

| JEMMOTT, MALCOLM | JEMMMA -   15073 | PREBILL   47645 | Page   3 |

**Disbursement Summary**

| | |
|---|---:|
| POSTAGE | 18.44 |
| TRAVEL ASSOCIATES | 287.95 |
| PHOTOCOPY/REPRODUCTION | 76.25 |
| FILE STORAGE | 25.00 |
| LEXIS/NEXIS ONLINE RESEARCH | 180.18 |
| **Total disbursements for this matter** | **$587.82** |

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $587.82 |
| TOTAL CHARGES FOR THIS BILL | $587.82 |
| TOTAL BALANCE NOW DUE | $587.82 |